■ In the Matter of THOMAS F. MADIGAN, Appellant, v. CYNTHIA B. MADIGAN, Respondent.— Motion by respondent to dismiss appeal granted; appeal dismissed, without costs; the parties having stipulated to such dismissal. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.

■ In the Matter of WILLIAM REDMAN, on Behalf of Himself as President of the Nassau County Federation for the Abatement of Aircraft Nuisance, and All Others Similarly Situated, Appellant, v. A. HOLLY PATTERSON, County Executive of Nassau County, et al., Respondents.— Motion by respondents to dismiss appeal denied, on condition that appellant perfect the appeal and be ready to argue or submit it at the September Term, beginning September 6, 1961; appeal ordered on the calendar for said term. Appellant's brief must be served and filed on or before August 1, 1961. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.

■ ELIZABETH L. KALLMAN, Appellant, v. M. RAYMOND KALLMAN, Respondent.— Motion by respondent to dismiss appeal denied, on condition that appellant perfect the appeal and be ready to argue or submit it at the September Term, beginning September 6, 1961; appeal ordered on the calendar for said term. The record and appellant's brief must be served and filed on or before August 1, 1961. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.

■ In the Matter of ADAM USHEROWITZ, Appellant, v. MAX H. FOLEY et al., Constituting the Board of Standard & Appeals of the City of New York, Respondents.— Motion by petitioner to dispense with printing, denied, with leave to renew on proper papers showing petitioner's assets and income, and the merits of the appeal. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.

■ BILLIE J. LOEW, Respondent, v. ROBERT B. LOEW, Appellant.— Motion by respondent to dismiss appeal, denied. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.

■ HAROLD A. MEYERS, Respondent, v. BERNARD M. COHEN, Appellant.— Motion by appellant for a stay pending appeals, granted on condition that appellant perfect the appeals and be ready to argue or submit them at the September Term, beginning September 6, 1961; appeals ordered on the calendar for said term. The record and appellant's brief must be served and filed on or before August 1, 1961. Motion by appellant to extend his time to serve his answer to the second amended complaint, granted; time extended until 10 days after entry of the order determining the appeals. Cross motion by respondent to dismiss appeals, denied. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.

■ HARRY MILLER, Appellant, v. JULIUS COHEN, Respondent.— Motion by appellant for leave to appeal as a poor person, granted. The appeal will be heard on the original papers (including the typed minutes) and on appellant's typewritten brief, which shall include a copy of the opinion, if any, of the court below. The appellant is directed to file six copies of his typewritten brief and to serve one copy on the respondent's attorney. Frank A. Lyons, Esq., having consented to serve without compensation except such as may be allowed by the court, is assigned as counsel to prosecute the appeal. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.